1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   FELICITAS GUZMAN, as                    No. 2:12-CV-1340-CMK
     *guardian ad litem* for
12   EULALIO  DANTE  PONTHIER

13              Plaintiff,

14       vs.                                 <u>ORDER</u>

15   COMMISSIONER OF SOCIAL
     SECURITY,
16
                Defendant.
17   _____/

18              Plaintiff, who is proceeding *in propira persona* on behalf of a minor child, brings

19   this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner

20   of Social Security.

21              Pursuant to the court's scheduling order, plaintiff is required to prosecute this

22   action by either seeking voluntary remand or filing a dispositive motion within 45 days from the

23   date of service of the administrative record by defendant.  Plaintiff was warned that failure to

24   comply may result in dismissal of this action for lack of prosecution and failure to comply with

25   court rules and orders.  <u>See</u> Local Rule 110.  A review of the docket reflects that the answer and

26   certified administrative record were served on January 20, 2013. To date, plaintiff has not filed a

                                             1

1  dispositive motion.

2          Plaintiff shall show cause in writing, within 30 days of the date of this order, why

3  this action should not be dismissed for failure to file a dispositive motion.  Plaintiff is again

4  warned that failure to respond to this order may result in dismissal of the action for the reasons

5  outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

6          IT IS SO ORDERED.

7

8   DATED: May 16, 2013

9

10                                          CRAIG M. KELLISON
                                           UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2